THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Joseph
 Morrison,        Appellant.
 
 
 

Appeal From Aiken County
James R. Barber, Circuit Court Judge

Unpublished Opinion No.
2005-UP-429
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Acting Chief Attorney Joseph
 L. Savitz III, of Columbia, for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Donald J. Zelenka, all of Columbia,
 for Respondent.
 
 
 

PER CURIAM:  Joseph
Morrison appeals his conviction for murder and his sentence to life
imprisonment.  He maintains the trial court erred in failing to charge the
jury on voluntary manslaughter.  Additionally, Morrison filed a pro se
brief alleging the court failed to properly hold an arraignment, preliminary
hearing, or bond hearing before he was tried for murder.  After a thorough
review of the record, counsels brief, and Morrisons pro se
brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State
v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Morrisons appeal and grant counsels motion
to be relieved.
APPEAL DISMISSED.
HEARN, C.J. and BEATTY and SHORT,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.